IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-412-01-06 |
| THOMAS LICIARDELLO<br>BRIAN REYNOLDS<br>MICHAEL SPICER<br>PERRY BETTS<br>LINWOOD NORMAN<br>JOHN SPEISER | : | FILED<br>SEP 5 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

**PROTECTIVE ORDER**

And now, this 4th day of September, 2014, upon consideration of the government's motion for a protective order, it is ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED AND DECREED pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure that defense counsel may make such use of the discovery materials as is necessary to prepare for trial and for use at trial, including the disclosure of the material to the defendants. Any counsel, defendant, or other person to whom disclosure is made pursuant to this paragraph may not use the discovery materials for any purpose other than preparation for or use at trial, and may not disclose the discovery materials or information contained in the discovery materials to any third party, except as required to prepare for trial or for use at trial. Defense counsel shall maintain a log of every person to whom disclosure of the discovery materials is made for the purpose of preparation for or use at trial, and shall obtain from every such person at the time of disclosure the following written statement:

"I acknowledge that discovery materials have been disclosed to me for the purpose of assisting defendant

_____

in preparing for and/or using such materials at trial. I have read the Order of the Court dated _____ permitting such disclosure to me, and agree as directed in that Order that I will use the discovery materials only for preparation for or use at trial, and will not otherwise disclose the discovery materials or information contained in the discovery materials to any third party.   I acknowledge that a violation of the Court's Order may result in penalties for contempt of court."

_____
HONORABLE EDUARDO C. ROBRENO
United States District Court Judge