```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :


        vs.                      :    CRIMINAL NO. 14-412-01

THOMAS LICIARDELLO
                                 :
```

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

    **AND NOW**, this **14th** day of **May, 2015,** came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[X]    The jury has returned its verdict, finding the defendant not guilty as to: Counts 1,2,5,6,7,8,9,10,14,15,16,17,19,20.

    **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

```
                              BY THE COURT:


                               s/ Eduardo C. Robreno
                              Eduardo C. Robreno
```

```
cc:   U.S. Marshal
      Probation Office
      T. Wzorek, AUSA
      M. McCartney, AUSA
      J. Miller, Esq.

   5/14/15              RV
    Date              By Whom
```